UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YATRAM INDERGIT, on behalf of himself and all others similarly situated,

     Plaintiff,

-against-

RITE AID CORPORATION, RITE AID OF NEW YORK, INC., and FRANCIS OFFOR as Aider & Abettor,

     Defendants.

ORDER

08 Civ. 9361 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

PAUL G. GARDEPHE, U.S.D.J.:

  WHEREAS on April 24, 2009, Defendants Rite Aid Corporation and Rite Aid of New York moved this Court to stay briefing on Plaintiff Indergit's motion for conditional certification until 45 days after the Court ruled upon Rite Aid Corporation's motion for partial judgment on the pleadings; and

  WHEREAS this Court GRANTED in part and DENIED in part Rite Aid Corporation's partial motion for judgment on the pleadings in an Order dated May 4, 2009; and

  WHEREAS pursuant to the Court's April 10, 2009 Order, Defendants' briefing on Indergit's conditional certification motion is not due until June 1, 2009; it is hereby

  ORDERED that Defendants' motion to stay briefing pending a ruling on

Rite Aid Corporation's motion for partial judgment on the pleadings is DENIED.

Dated: New York, New York
May 4, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge