UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

YATRAM INDERGIT, on behalf of himself
and all others similarly situated,

                              **Plaintiff,**                    08 CV 9361 (PGG)

    v.

RITE AID CORPORATION, RITE AID OF        NOTICE OF MOTION
NEW YORK, INC. and FRANCIS
OFFOR as Aider & Abettor,
                            **Defendants.**
-----------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of James Vagnini, Dated April 13, 2009, the Exhibits to that Affirmation and the accompanying Memorandum of Law in Support of Plaintiff's Motion for Preliminary Certification, the undersigned will move this Court before the Honorable Judge Gardephe at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to the Fair Labor Standards Act (FLSA) 29 U.S.C. §216(b):

    (1) Conditionally certifying this suit as a collective action;

    (2) Authorizing Plaintiffs to send a Notice of this action along with a Consent Form (opt-in form) to all Covered Management currently and/or formerly employed by Defendants within the last three years;

    (3) Ordering Defendants to produce, in a computer readable manner, the names, last known mailing addresses, alternate addresses, all telephone numbers, last known email addresses, social security numbers, and dates of employment of all Covered Management; and

    (4) Ordering Defendant to post the Notice and/or deliver a memo, along with the Consent forms, in a place where Management are likely to view it in all stores owned and/or operated by Defendants.

April 13, 2009

                                                              Robert J. Valli, Jr. (RV-9995)
                                                              Valli Kane & Vagnini, LLP
                                                              Attorneys for Plaintiff
                                                              600 Old Country Road, Suite 519
                                                              Garden City, New York 11530
                                                              (516) 203-7180