UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel E. Turner, Esq.
danturner@asherafuse.com
**ASHE, RAFUSE & HILL LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232

| | |
|---|---|
| YATRAM INDERGIT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID OF NEW YORK, INC. and FRANK OFFOR as Aider & Abettor,<br><br>Defendants. | 08 Civ. 9361 (PGG)<br>ECF Case<br><br>**DECLARATION OF DANIEL E. TURNER, ESQ. IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** |

DANIEL E. TURNER, ESQ., of full age, hereby declares as follows:

1. I am an Attorney at Law licensed in the State of Georgia and admitted *pro hac vice* in the above-captioned matter as counsel for Defendants Rite Aid Corporation and Rite Aid of New York, Inc. ("Defendants" or "Rite Aid").

2. Attached hereto are true and correct copies of the following documents:

   - Exhibit A – Excerpts from the May 13, 2009 Deposition of William P. Johnson;
   - Exhibit B – Excerpts from the May 12, 2009 Deposition of Neil Rand;
   - Exhibit C – Excerpts from the April 23, 2009 Deposition of Plaintiff Yatram Indergit;
   - Exhibit D – Declaration of Kristin Crandall;
   - Exhibit E – Declaration of Juan Pena;
   - Exhibit F – Declaration of Sherafzal Khan;

- Exhibit G – Declaration of Paulus Blake;

- Exhibit H – Declaration of Juanico Vasquez;

- Exhibit I – Declaration of Ray A. Coleman;

- Exhibit J – Declaration of Amad Shahzaman;

- Exhibit K – Declaration of Masooma Hazara;

- Exhibit L – Declaration of Walter Otuaney;

- Exhibit M – Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification and Notice Pursuant to 29 U.S.C. § 216(b), filed by counsel for Plaintiffs in the above-captioned matter in *Alonson v. Uncle Jack's Steakhouse*, U.S.D.C. (S.D.N.Y.) Case No. 08-7813 (DAB); and

- Exhibit N – Declaration of Silvia Fuentes.

I declare under penalty of perjury that the foregoing is true and correct.

DANIEL E. TURNER

Executed on June 8, 2009

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YATRAM INDERGIT, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>              vs.<br><br>RITE AID CORPORATION, RITE AID OF NEW YORK, INC. and FRANK OFFOR as Aider & Abettor,<br><br>    Defendants. | 08 Civ. 9361 (PGG)<br>**ECF Case**<br><br>**AFFIRMATION OF SERVICE** |

    I, Daniel E. Turner, Esq., declare under penalty of perjury that I have served a copy of the attached **DECLARATION OF DANIEL E. TURNER, ESQ. IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** upon counsel for Plaintiff whose addresses are:

| | |
|---|---|
| Robert J. Valli, Jr., Esq.<br>VALLI, KANE & VAGNINI, LLP<br>600 Old Country Road, Suite 519<br>Garden City, New York 11530 | Keith A. Raven, Esq.<br>RAVEN & KOLBE, LLP<br>126 East 56th Street, Suite 202<br>New York, New York 10022 |

by First-Class U.S. Mail.

Dated: Atlanta, Georgia
       June 8, 2009

                                            Daniel E. Turner
                                            danturner@asherafuse.com
                                            **ASHE, RAFUSE & HILL LLP**
                                            1355 Peachtree Street, N.E., Suite 500
                                            Atlanta, Georgia 30309-3232
                                            Telephone: (404) 253-6000
                                            Facsimile: (404) 253-6060
                                            *Attorney for Defendants Rite Aid*
                                            *Corporation and Rite Aid of New York, Inc.*