# Exhibit E

**Rite Aid Job Description**

All rights reserved. For internal use only. No part of this document may be reproduced
or distributed to anyone outside Rite Aid without prior written consent.

## Store Manager

| | |
|---|---|
| Reports To: | District Manager |
| Group: | NA |
| Division: | Divisions 1, 2, and 3 |
| Region: | Various |
| Section/Cost Center: | Various |
| Location: | Retail stores |
| Job Number: | 40 |
| Job Type: | Salary |
| Work Status: | Full time |
| FLSA Status: | Exempt |
| Level of Supervision Received: | Limited |
| Work Pace: | Self-paced |
| Internal Customer Contact: | Regularly |
| External Customer Contact: | Regularly |
| Creation/Revision Date: | August 2009 |

### SUMMARY

The primary purpose of this position is to manage the operation of an individual store in an efficient manner while maximizing sales, margin and profitability. Enforce company policies and procedures while ensuring directives and all daily activities deliver against the expected operating standards, merchandising programming and budgeted financial targets, and promotes and drives customer service. Successful performance of this position requires the performance of managerial tasks with independent judgment and discretion. The incumbent is also required to perform all tasks in a safe manner consistent with corporate policies and applicable laws.

### ESSENTIAL DUTIES AND RESPONSIBILITIES

In exercising his or her independent judgment and discretion, the associate is responsible for performing the functions below, in addition to other duties as assigned:

1. Lead store associates through the execution of company business plans/objectives to drive sales, be profitable and provide a superior customer and associate experience.
2. Attend to opening and closing the store and maintaining proper accountability for cash handling and company banking.
3. Manage an individual store while meeting store retail budgeted sales, margin, labor, expenses and overall P&L monthly results to ensure operating EBITDA and income are achieved.
4. Ensure via the use of Staffworks/Work force Management that labor is scheduled to meet customer service needs and complete operating activities and ensure the same standards of operation are enforced in the pharmacy department.
5. Interview, hire, train, direct, reward, and discipline associates; appraise associate performance; and resolve complaints.
6. Provide leadership and development for associates by communicating career opportunities, providing regular performance feedback, and demonstrating SMILE and RAPTAR behaviors to both external and internal customers and associates.
7. Manage the adherence to all regulatory and compliance legislation and policies.
8. Direct and assist associates in performing all job duties necessary to provide a clean, safe, and pleasing environment to customers and associates by following company standards for safety regulations and overall store appearance both inside and outside of the store; maintain and follow rules in Clutter Free.
9. Maintain merchandise standards according to the POMP manual, profit planner, corporate plan-o-grams and ongoing merchandise information.
10. Supervise the preparation and accountability of retail store physical inventory and for developing action plans to achieve expected results.
11. Manage the store's vendor relationships.
12. Responsible for price accuracy of goods in the store.

INDERGIT-RA 4118          RITE AID

### SUPERVISORY RESPONSIBILITIES

This position directly supervises store associates and carries out supervisory responsibilities in accordance with Rite Aid policies and applicable laws.

### QUALIFICATION REQUIREMENTS

To perform this job successfully, the associate must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and/or abilities required:

#### Education and/or Experience

Bachelor's degree (BA/BS) in Business, or a minimum of four (4) years experience in retail, or one (1) year management experience; or equivalent combination of education and experience

#### Language Skills

Ability to read and comprehend simple instructions, short correspondence, and memos. Ability to write simple correspondence. Ability to effectively present information in one-on-one and small-group situations to customers, clients, and other associates. Ability to read, write, and speak English fluently.

#### Mathematical Skills

Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and to draw and interpret bar graphs.

#### Reasoning Ability

Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.

#### Other Skills, Abilities, and/or Training

The following qualities are required:

* In accordance with state law, candidates must satisfy minimum age requirements to sell and/or supervise the sale of alcohol and/or tobacco products.
* Ability to pass drug test.
* Committed to providing customer service that makes both internal and external customers feel welcome, important, and appreciated.
* Ability to preserve confidentiality of information.
* Ability and willingness to move with purpose and a strong sense of urgency.
* Ability to work weekends and extended days on a frequent basis.
* Ability to work day or evening hours.
* Accuracy and attention to detail.
* Ability to organize and prioritize a variety of tasks/projects.
* Familiarity with industry/technical terms and processes.
* Ability to work within strict time frames and deadlines.
* Completion of Store Management training programs.
* Completion of required HIPAA training and all other required regulatory compliance training.

The following qualities are helpful:

* Ten-key punch speed of four thousand (4,000) SPH.
* Typing speed of forty (40) WPM.
* Proficiency with the Microsoft® Office Suite (Word, Excel, PowerPoint, and Access).
* Ability to speak a second language in certain areas of the country.

### CERTIFICATES, LICENSES, AND/OR REGISTRATIONS

This position requires RAD Pharmacy Technician certification.

### PHYSICAL DEMANDS

The physical demands described below are representative of those that must be met to successfully perform the essential functions of this job. The associate is:

INDERGIT-RA 4119

- Regularly required to do the following activities:
  - Stand dynamically for long periods without a break.
  - Talk and hear; verbally express ideas and impart information or instructions.
  - Use hands to finger, handle, and/or feel; the ability to type, pick, pinch with fingers, seize, hold, grasp or turn with hands, and perceive attributes of objects and materials, such as size, shape, temperature, or texture, by touching with fingertips.
  - Maintain balance while walking, standing, crouching, or running.

- Frequently required to do the following activities:
  - Twist upper torso.
  - Stoop, kneel, crouch, and/or crawl.
  - Reach up and out with hands and arms.
  - Lift up to ten (10) pounds and carry a distance of two hundred (200) feet.
  - Push and/or pull up to fifty (50) pounds a distance of one hundred (100) feet.

- Occasionally required to do the following activities:
  - Stand statically for long periods without a break.
  - Climb stairs and/or ladders.
  - Lift up to twenty-five (25) pounds and carry a distance of one hundred (100) feet.
  - Push and/or pull up to ten (10) pounds a distance of two hundred (200) feet.

- Rarely required to do the following activities:
  - Remain seated in a normal position for long periods.
  - Lift and push/pull up to one hundred (100) pounds a distance of ten (10) feet.

- Specific vision abilities required for this job include:
  - Close vision (clear vision at 20 inches or less).
  - Distance vision (clear vision at 20 feet or more).

### WORK ENVIRONMENT

The work environment characteristics described here are representative of those encountered while performing the essential functions of this job. The associate is:

- Regularly exposed to indoor conditions with a moderate noise level.

- Occasionally exposed to fumes or airborne particles.

- Rarely exposed to:
  - Work near moving mechanical parts.
  - Work in high, precarious places.
  - Toxic or caustic chemicals.

Exhibit F

**Rite Aid Job Description**

All rights reserved. For internal use only. No part of this document may be reproduced
or distributed to anyone outside Rite Aid without prior written consent.

## Store Manager

| | |
|---|---|
| Reports To: | District Manager |
| Group: | NA |
| Division: | Divisions 1, 2, and 3 |
| Region: | Various |
| Section/Cost Center: | Various |
| Location: | Retail stores |
| Job Number: | L6 |
| Job Type: | Hourly |
| Work Status: | Full time |
| FLSA Status: | Non-Exempt |
| Level of Supervision Received: | Moderate |
| Work Pace: | Self-paced |
| Internal Customer Contact: | Regularly |
| External Customer Contact: | Regularly |
| Creation/Revision Date: | August 2009 |

### SUMMARY

The primary purpose of this position is to manage the operation of an individual store in particular markets in an efficient manner while maximizing sales, margin and profitability. Enforce company policies and procedures while ensuring directives and all daily activities deliver against the expected operating standards, merchandising programming and budgeted financial targets. This position promotes and drives customer service. Successful performance of this position requires the performance of managerial tasks with independent judgment and discretion. The incumbent is also required to perform all tasks in a safe manner consistent with corporate policies and applicable laws.

### ESSENTIAL DUTIES AND RESPONSIBILITIES

In exercising his or her independent judgment and discretion, the associate is responsible for performing the functions below, in addition to other duties as assigned:

1. Lead store associates through the execution of company business plans/objectives to drive sales, be profitable and provide a superior customer and associate experience.
2. Attend to opening and closing the store and maintain proper accountability for cash handling and company banking.
3. Manage an individual store while meeting store retail budgeted sales, margin, labor, expenses and overall P&L monthly results to ensure operating EBITDA and income are achieved.
4. Ensure via the use of Staffworks/Work Force Management that labor is scheduled to meet customer service needs and complete operating activities and ensure the same standards of operation are enforced in the pharmacy department.
5. Interview, hire, train, direct, reward, and discipline associates; appraise associate performance; and resolve complaints.
6. Provide leadership and development for associates by communicating career opportunities, provide regular performance feedback, and demonstrate SMILE and RAPTAR behaviors to both external and internal customers and associates.
7. Manage adherence to all regulatory and compliance legislation and policies.
8. Perform all job duties necessary to providing a clean, safe, and pleasing environment to customers and associates by following company standards for safety regulations and overall store appearance both inside and outside of the store; maintain and follow rules in Clutter Free.
9. Maintain merchandise standards according to the POMP manual, profit planner, corporate plan-o-grams and on-going merchandise information.
10. Participate in and supervise the preparation and accountability of retail store physical inventory and develop action plans to achieve expected results.
11. Manage store's vendor relationships.

RITE AID

**INDERGIT-RA 4121**

12. Responsible for price accuracy of goods in the store.

## SUPERVISORY RESPONSIBILITIES

This position directly supervises store associates and carries out supervisory responsibilities in accordance with Rite Aid policies and applicable laws.

## QUALIFICATION REQUIREMENTS

To perform this job successfully, the associate must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and/or abilities required:

### Education and/or Experience

Bachelor's degree (BA/BS) in Business, or a minimum of four (4) years experience in retail, or one (1) year management experience; or equivalent combination of education and experience

### Language Skills

Ability to read and comprehend simple instructions, short correspondence, and memos. Ability to write simple correspondence. Ability to effectively present information in one-on-one and small-group situations to customers, clients, and other associates. Ability to read, write, and speak English fluently.

### Mathematical Skills

Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and to draw and interpret bar graphs.

### Reasoning Ability

Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.

### Other Skills, Abilities, and/or Training

The following qualities are required:

- In accordance with state law, candidates must satisfy minimum age requirements to sell and/or supervise the sale of alcohol and/or tobacco products.
- Ability to pass drug test.
- Committed to providing customer service that makes both internal and external customers feel welcome, important, and appreciated.
- Ability to preserve confidentiality of information.
- Ability and willingness to move with purpose and a strong sense of urgency.
- Ability to work weekends and extended days on a frequent basis.
- Ability to work day or evening hours.
- Accuracy and attention to detail.
- Ability to organize and prioritize a variety of tasks/projects.
- Familiarity with industry/technical terms and processes.
- Ability to work within strict time frames and deadlines.
- Completion of Store Management training programs.
- Completion of required HIPAA training and all other required regulatory compliance training.

The following qualities are helpful:

- Ten-key punch speed of four thousand (4,000) SPH.
- Typing speed of forty (40) WPM.
- Proficiency with the Microsoft® Office Suite (Word, Excel, PowerPoint, and Access).
- Ability to speak a second language in certain areas of the country.

## CERTIFICATES, LICENSES, AND/OR REGISTRATIONS

This position requires RAD Pharmacy Technician certification.

## PHYSICAL DEMANDS

The physical demands described below are representative of those that must be met to successfully perform the essential functions of this job. The associate is:

2

INDERGIT-RA 4122

- Regularly required to do the following activities:
  - Stand dynamically for long periods without a break.
  - Talk and hear; verbally express ideas and impart information or instructions.
  - Use hands to finger, handle, and/or feel; the ability to type, pick, pinch with fingers, seize, hold, grasp or turn with hands, and perceive attributes of objects and materials, such as size, shape, temperature, or texture, by touching with fingertips.
  - Maintain balance while walking, standing, crouching, or running.

- Frequently required to do the following activities:
  - Twist upper torso.
  - Stoop, kneel, crouch, and/or crawl.
  - Reach up and out with hands and arms.
  - Lift up to ten (10) pounds and carry a distance of two hundred (200) feet.
  - Push and/or pull up to fifty (50) pounds a distance of one hundred (100) feet.

- Occasionally required to do the following activities:
  - Stand statically for long periods without a break.
  - Climb stairs and/or ladders.
  - Lift up to twenty-five (25) pounds and carry a distance of one hundred (100) feet.
  - Push and/or pull up to ten (10) pounds a distance of two hundred (200) feet.

- Rarely required to do the following activities:
  - Remain seated in a normal position for long periods.
  - Lift and push/pull up to one hundred (100) pounds a distance of ten (10) feet.

- Specific vision abilities required for this job include:
  - Close vision (clear vision at 20 inches or less).
  - Distance vision (clear vision at 20 feet or more).

**WORK ENVIRONMENT**

The work environment characteristics described here are representative of those encountered while performing the essential functions of this job. The associate is:

- Regularly exposed to indoor conditions with a moderate noise level.

- Occasionally exposed to fumes or airborne particles.

- Rarely exposed to:
  - Work near moving mechanical parts.
  - Work in high, precarious places.
  - Toxic or caustic chemicals.

INDERGIT-RA 4123

# Exhibit G



# Store
# Management
# Guide

September, 2005

INDERGIT-RA 2057
CONFIDENTIAL



# Store Management Guide

INDERGIT-RA 2058
CONFIDENTIAL

http://portal.riteaid.com - Store Compliance

*Store: 00549*
*Store Compliance: FE Shrink Management Tool*
Reviewed By: lpmvr1
Reviewed Date: 09/24/2008 Reviewed Time: 01:49 PM Review Type: Formal
FE Manager: FEMRNN - ROCKY NUNEZ Rx Manager: RXPCWL1 - CARL LINNEMEYER
Spoke With: Rocky
General Comments: Q3 - SMT

### Invoices

| 01. Review unmatched invoices from the past 18 months. Are they less than 30 days old? | Yes ○ | No ⊙ | N/A ○ | 📷 |
|---|---|---|---|---|

**Comments (Maximum 500 Characters)**
2 OVER 30 DAYS

| **Corrective Action Taken** | **Corrective Action Taken Comments (Maximum 500 Characters)** |
|---|---|
| Completion Date: 9/24/2008 | COPY GIVEN TO MGR |
| Completed By: LPMVR1 | |

| **Verification / Completion** | **Verification / Completion Comments (Maximum 500 Characters)** |
|---|---|
| Verification Date: 11/28/2008 | Corrected |
| Verified By: lpmvr1 | |

| 02. Review invoices or credits (including magazine invoices and AG credits) that have not been entered into IM. Are they less than 4 days old? | Yes ⊙ | No ○ | N/A ○ | 📷 |
|---|---|---|---|---|

### Transfers and Recalls

| 03. Review store-to-store and store-to-DC transfers entered over the past 3 months. Are they less than 3 days old and finalized? | Yes ⊙ | No ○ | N/A ○ | 📷 |
|---|---|---|---|---|

| 04. Are all recalls within 7 days of the due date processed? | Yes ⊙ | No ○ | N/A ○ | 📷 |
|---|---|---|---|---|

### Management Codes

| 05. Are all management codes changed weekly? | Yes ○ | No ⊙ | N/A ○ | 📷 |
|---|---|---|---|---|

**Comments (Maximum 500 Characters)**
Rph. Carl to change pw

| **Corrective Action Taken** | **Corrective Action Taken Comments (Maximum 500 Characters)** |
|---|---|
| Completion Date: | |

INDERGIT-RA 2059
CONFIDENTIAL

|  | 9/24/2008 | spoke to mgr |
|---|---|---|

| Completed By: | lpmvr1 |

**Verification / Completion**

Verification / Completion Comments (Maximum 500 Characters)

| Verification Date: | 11/28/2008 | corrected |
|---|---|---|

| Verified By: | lpmvr1 |

---

**06.** Are all Management Codes labeled with a name and date of last change? Do they all correspond to an active authorized user? (no generic or invalid SSNs)

Yes ○    No ◉    N/A ○    🔍

**Comments (Maximum 500 Characters)**

Carl needs date

**Corrective Action Taken**    Corrective Action Taken Comments (Maximum 500 Characters)

| Completion Date: | 9/24/2008 | spoke to mgr |
|---|---|---|

| Completed By: | lpmvr1 |

**Verification / Completion**    Verification / Completion Comments (Maximum 500 Characters)

| Verification Date: | 11/28/2008 | corrected |
|---|---|---|

| Verified By: | lpmvr1 |

---

**BDR Variances**

**07.** Review BDR Variances over the past 30 days. Are all variances legitimate?

Yes ○    No ◉    N/A ○    🔍

**Comments (Maximum 500 Characters)**

Variances needs to be done for change orders

**Corrective Action Taken**    Corrective Action Taken Comments (Maximum 500 Characters)

| Completion Date: | 9/24/2008 | spoke to mgr |
|---|---|---|

| Completed By: | lpmvr1 |

**Verification / Completion**    Verification / Completion Comments (Maximum 500 Characters)

| Verification Date: | 11/28/2008 | corrected |
|---|---|---|

| Verified By: | lpmvr1 |

---

**08.** Do all entries with a variance code of "1" correspond to products that are inventory items for sale?

Yes ○    No ○    N/A ◉    🔍

INDERGIT-RA 2060
CONFIDENTIAL

**Cashier Policies**

| 09. Review the Cashier Performance Report for the previous month. Has it been discussed with all cashiers in the past 30 days? | Yes ○ | No ◉ | N/A ○ | 🔍 |
|---|---|---|---|---|

**Comments (Maximum 500 Characters)**

printed for mgr

| Corrective Action Taken | Corrective Action Taken Comments (Maximum 500 Characters) |
|---|---|
| Completion Date: 9/24/2008 | spoke to mgr, needs to print monthly |
| Completed By: lpmvr1 | |

| Verification / Completion | Verification / Completion Comments (Maximum 500 Characters) |
|---|---|
| Verification Date: | |
| Verified By: | |

| 10. Review the Bag Check and Drawer Audit Tracking sheets. Are 3 cashier drawer audits performed weekly? | Yes ○ | No ◉ | N/A ○ | 🔍 |
|---|---|---|---|---|

**Comments (Maximum 500 Characters)**

need 3 audits per week

| Corrective Action Taken | Corrective Action Taken Comments (Maximum 500 Characters) |
|---|---|
| Completion Date: 9/24/2008 | spoke to mgr |
| Completed By: lpmvr1 | |

| Verification / Completion | Verification / Completion Comments (Maximum 500 Characters) |
|---|---|
| Verification Date: | |
| Verified By: | |

| 11. Are routine bag checks performed daily? | Yes ◉ | No ○ | N/A ○ | 🔍 |
|---|---|---|---|---|
| 12. Are cashier reconciliations signed by the cashier and manager? | Yes ◉ | No ○ | N/A ○ | 🔍 |
| 13. Is the control register being used? | Yes ◉ | No ○ | N/A ○ | 🔍 |
| 14. Are the refund slips for the last 3 days properly filled out and do the number of refund slips match the appropriate BDR total? | Yes ◉ | No ○ | N/A ○ | 🔍 |

**Product Pricing and Outdates**

INDERGIT-RA 2061
CONFIDENTIAL

**15. Has the store "accepted" all current price and sale bulletins in the system?**

Yes ○  No ◉  N/A ○

Comments (Maximum 500 Characters)

incorrect lables in auto.

| Corrective Action Taken | Corrective Action Taken Comments (Maximum 500 Characters) |
|---|---|
| Completion Date: 9/24/2008 | mgr to print new labels |
| Completed By: lpmvr1 | |

| Verification / Completion | Verification / Completion Comments (Maximum 500 Characters) |
|---|---|
| Verification Date: | |
| Verified By: | |

**16. Ascertain which product categories were assigned for outdate review last week. Have all expired items in those categories been pulled?**

Yes ◉  No ○  N/A ○

**17. Review the high profile items. Have all expired items been pulled?**

Yes ○  No ◉  N/A ○

Comments (Maximum 500 Characters)

pulled nutrition bars

| Corrective Action Taken | Corrective Action Taken Comments (Maximum 500 Characters) |
|---|---|
| Completion Date: 9/24/2008 | removed from floor |
| Completed By: lpmvr1 | |

| Verification / Completion | Verification / Completion Comments (Maximum 500 Characters) |
|---|---|
| Verification Date: 9/24/2008 | verified |
| Verified By: lpmvr1 | |

**EAS**

**18. Are liquor caps being used?**

Yes ○  No ○  N/A ◉

**19. Are there enough liquor caps on hand to support full compliance?**

Yes ○  No ○  N/A ◉

**20. Is there a liquor cap key at every register which sells liquor, and is the key secured with the metal chain?**

Yes ○  No ○  N/A ◉

**21. Does the alarm activate 8 out of 10 times the Checkpoint Test Tag is passed through the antennae?**

Yes ◉  No ○  N/A ○

INDERGIT-RA 2062
CONFIDENTIAL

http://portal.riteaid.com - Store Compliance

| | Yes | No | N/A | |
|---|---|---|---|---|
| 22. Use the DV1000 to ensure that the deactivation scanner on the cash register is responding correctly. Did a green light appear after pressing the button indicating proper deactivation? | ○ | ○ | ◉ | 🔍 |

| | Yes | No | N/A | |
|---|---|---|---|---|
| 23. Is the EAS alarm log used? | ○ | ◉ | ○ | 🔍 |

**Comments (Maximum 500 Characters)**

need more sheets

**Corrective Action Taken**

Completion Date: 9/24/2008.

Completed By: lpmvr1

**Corrective Action Taken Comments (Maximum 500 Characters)**

mgr to order new sheets

**Verification / Completion**

Verification Date: 11/28/2008

Verified By: lpmvr1

**Verification / Completion Comments (Maximum 500 Characters)**

ordered

## Security Equipment Check

| | Yes | No | N/A | |
|---|---|---|---|---|
| 24. Are the emergency exit alarms functioning properly? | ◉ | ○ | ○ | 🔍 |
| 25. Are the CCTV monitors working and are the screens clean? | ◉ | ○ | ○ | 🔍 |
| 26. Is the VCR or DVR operational? | ◉ | ○ | ○ | 🔍 |
| 27. If a VCR system is used in the store, is the 7-day tape library being maintained? | ○ | ○ | ◉ | 🔍 |
| 28. On the burglar alarm system, do the arming keypads - FE and RX - have power lights? | ◉ | ○ | ○ | 🔍 |

## SMT and Action Plan

| | Yes | No | N/A | |
|---|---|---|---|---|
| 29. Are the previous SMT and Action Plan in the Managers Guide? | ◉ | ○ | ○ | 🔍 |
| 30. Was the last Action Plan executed? | ○ | ○ | ◉ | 🔍 |

INDERGIT-RA 2063
CONFIDENTIAL



Store: 00549
Store Compliance: Safety Checklist 2008
Reviewed By: lpmvr1
Reviewed Date: 04/03/2008 Reviewed Time: 01:39 PM Review Type: Formal
FE Manager: FEMRNN - ROCKY NUNEZ Rx Manager: RXPCWL1 - CARL LINNEMEYER
Spoke With: Maggie
General Comments:

### Store Exterior

| | Yes | No | N/A | |
|---|---|---|---|---|
| 01. Is the store front area free of debris, ice/snow, and trip hazards? | ⊙ | ○ | ○ | |
| 02. Is the sidewalk in good repair (no broken concrete, no raised areas, or surface irregularities)? | ⊙ | ○ | ○ | |
| 03. Are the parking lot lights working? | ○ | ○ | ⊙ | |
| 04. Are the cement car stops in place? | ○ | ○ | ⊙ | |
| 05. Are the cement car stops in good condition (not broken)? | ○ | ○ | ⊙ | |
| 06. Is the rebar (steel bar that reinforces the cement car stop) in place? | ○ | ○ | ⊙ | |

### Emergency Exits

| | Yes | No | N/A | |
|---|---|---|---|---|
| 07. Are exit signs illuminated "glow in the dark"? | ○ | ⊙ | ○ | |

**Comments (Maximum 500 Characters)**

Basement fire door exit sign not illuminating. Ticket# 192192.  Detex not alarming
Ticket# 192186

| Corrective Action Taken | Corrective Action Taken Comments (Maximum 500 Characters) |
|---|---|
| Completion Date: | |
| Completed By: | |

| Verification / Completion | Verification / Completion Comments (Maximum 500 Characters) |
|---|---|
| Verification Date: | |
| Verified By: | |

| | Yes | No | N/A | |
|---|---|---|---|---|
| 08. Is access to exits, pathways to exits, and discharges unblocked and unrestricted? | ⊙ | ○ | ○ | |
| 09. Are exits unlocked / NOT bolted closed from the inside during occupancy? | Yes | No | N/A | |

INDERGIT-RA 2064
CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| | ⊙ | ○ | ○ | | |
| 10. Are emergency evacuation plans posted in the front end and pharmacy? | Yes ⊙ | No ○ | N/A ○ | | |

**Fire Extinguishers**

| | | | | | |
|---|---|---|---|---|---|
| 11. Are fire extinguisher stations clearly identified? | Yes ⊙ | No ○ | N/A ○ | | |
| 12. Are fire extinguishers easily accessible (never blocked by merchandise, boxes, carts, etc.)? | Yes ⊙ | No ○ | N/A ○ | | |
| 13. Are fire extinguishers mounted (never on the floor)? | Yes ⊙ | No ○ | N/A ○ | | |
| 14. Are fire extinguishers fully charged with periodic test dates and monthly visual inspection verification on extinguisher tag? | Yes ⊙ | No ○ | N/A ○ | | |
| 15. Have associates been trained to use a fire extinguisher (P-A-S-S)? | Yes ⊙ | No ○ | N/A ○ | | |

**Store Sales Floor**

| | | | | | |
|---|---|---|---|---|---|
| 16. Is the store free of trip and slip hazards such as debris, garbage, ice, snow, spills, etc.? | Yes ⊙ | No ○ | N/A ○ | | |
| 17. Are stairs clear of obstructions such as debris, garbage, boxes, merchandise, hand carts, totes, etc.? | Yes. ⊙ | No' ○ | N/A ○ | | |
| 18. Is helium tank(s) chained / secured to the wall? | Yes ○ | No ⊙ | N/A ○ | | |

**Comments (Maximum 500 Characters)**

Although a chain is around the tank, it would prevent it from falling over. SM needs to tighten chain.

**Corrective Action Taken**

Completion Date:

Completed By:

**Corrective Action Taken Comments (Maximum 500 Characters)**

**Verification / Completion**

Verification Date:

Verified By:

**Verification / Completion Comments (Maximum 500 Characters)**

| | | | | | |
|---|---|---|---|---|---|
| 19. Is sales floor merchandise stacked / placed safely? | Yes ⊙ | No ○ | N/A ○ | | |
| 20. Is there a minimum 36-inch path of travel in all aisles and in all pathways to exits? | Yes ⊙ | No ○ | N/A ○ | | |

INDERGIT-RA 2065
CONFIDENTIAL

4/3/2008

## Stock Room

| | Yes | No | N/A | |
|---|---|---|---|---|
| 21. Are exits unobstructed? | ⊙ | ○ | ○ | |
| 22. Is merchandise arranged in a stable manner (not sliding, collapsing, or ready to fall)? | ⊙ | ○ | ○ | |
| 23. Is there an 18-inch clearance between the merchandise and the light fixtures and sprinklers? | ⊙ | ○ | ○ | |
| 24. Are ladders in good condition? | ⊙ | ○ | ○ | |
| 25. Are ladders secured to the wall when not in use? | ⊙ | ○ | ○ | |
| 26. Are "NO SMOKING" signs posted in the stock room and basement? | ○ | ⊙ | ○ | |

**Comments (Maximum 500 Characters)**

Need sign in breakroom.

**Corrective Action Taken**

Completion Date:

Completed By:

**Corrective Action Taken Comments (Maximum 500 Characters)**

**Verification / Completion**

Verification Date:

Verified By:

**Verification / Completion Comments (Maximum 500 Characters)**

| | Yes | No | N/A | |
|---|---|---|---|---|
| 27. Are emergency evacuation plans posted in the stock room and basement? | ⊙ | ○ | ○ | |
| 28. Are compactor and baler safety guards unrestricted and in place? | ⊙ | ○ | ○ | |
| 29. Is a minimum 36-inch clearance maintained from electrical breaker panels? | ⊙ | ○ | ○ | |
| 30. Is there a handrail on stairways with four or more steps? | ⊙ | ○ | ○ | |

## Safety Compliance Monthly Training Documents

| | Yes | No | N/A | |
|---|---|---|---|---|
| 31. Are monthly safety training meetings conducted at the store? | ⊙ | ○ | ○ | |
| 32. Are monthly Safety Meeting Verification Forms from the past 6 months located in the Retail Safety program section of the Store Operations | Yes | No | N/A | |

INDERGIT-RA 2066
CONFIDENTIAL

Manual?                                            ○        ⊙        ○      🔍 ◎

**Comments (Maximum 500 Characters)**

Jan - March

**Corrective Action Taken**          **Corrective Action Taken Comments (Maximum 500 Characters)**

Completion Date:

Completed By:

**Verification / Completion**        **Verification / Completion Comments (Maximum 500 Characters)**

Verification Date:

Verified By:

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| 33. | Have all store associates signed the monthly Safety Meeting Verification Forms? | ⊙ | ○ | ○ | 🔍 ◎ |
| 34. | Has the Store Manager signed and dated each completed monthly Safety Meeting Verification Form? | ○ | ○ | ○ | 🔍 ◎ |
| 35. | Has the Store Manager signed and dated each completed monthly Life Safety Checklist? | ⊙ | ○ | ○ | 🔍 ◎ |

**One Hour Photo Lab**

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| 36. | Is the photo lab clean and neat (no food; no accumulated paper, rags, etc.)? | ⊙ | ○ | ○ | 🔍 ◎ |
| 37. | Is the portable eyewash bottle in the photo lab and is the solution in date (not expired)? | ⊙ | ○ | ○ | 🔍 ◎ |
| 38. | Are splash goggles available in the photo lab? | ⊙ | ○ | ○ | 🔍 ◎ |
| 39. | Are Neoprene rubber gloves available in the photo lab? | ⊙ | ○ | ○ | 🔍 ◎ |
| 40. | Is a vinyl apron available in the photo lab? | ⊙ | ○ | ○ | 🔍 ◎ |
| 41. | Is the Health, Safety, & Environmental (HSE) Manager's Guide binder in the Manager's office? | ○ | ⊙ | ○ | 🔍 ◎ |

**Comments (Maximum 500 Characters)**

no book found

**Corrective Action Taken**          **Corrective Action Taken Comments (Maximum 500 Characters)**

Completion Date:

INDERGIT-RA 2067
CONFIDENTIAL

4/3/2008

| Completed By: | | |

**Verification / Completion** | **Verification / Completion Comments (Maximum 500 Characters)**

Verification Date:

Verified By:

---

**42.** Is the Health, Safety, & Environmental (HSE) Material Safety Sheet / MSDS binder kept in the photo lab?    Yes ○   No ◉   N/A ○

**Comments (Maximum 500 Characters)**

no book found , please order one

**Corrective Action Taken** | **Corrective Action Taken Comments (Maximum 500 Characters)**

Completion Date:

Completed By:

**Verification / Completion** | **Verification / Completion Comments (Maximum 500 Characters)**

Verification Date:

Verified By:

---

## Workers' Compensation

**43.** Is the Workers' Compensation Physician Panel posted in the associates' breakroom?    Yes ○   No ◉   N/A ○

**Comments (Maximum 500 Characters)**

Need to order the above poster, put in breakroom

**Corrective Action Taken** | **Corrective Action Taken Comments (Maximum 500 Characters)**

Completion Date:

Completed By:

**Verification / Completion** | **Verification / Completion Comments (Maximum 500 Characters)**

Verification Date:

Verified By:

---

**44.** Have there been no associate accidents/injuries over the past 30 days?    Yes ○   No ○   N/A ○

**45.** Is a completed copy of the ACCIDENT E-form maintained in the

INDERGIT-RA 2068
CONFIDENTIAL



http://portal.riteaid.com – Store Compliance

| | | Yes | No | N/A | | |
|---|---|---|---|---|---|---|
| | ACCIDENT E-form file, which is located in the personnel file cabinet, for each reported work injury? (Select N/A if there were no injuries.) | ○ | ○ | ◉ | | |
| 46. | Has the Store Manager completed a post accident investigation for each reported work injury? | ○ | ○ | ◉ | | |
| 47. | Is the Store Manager familiar with the Temporary Transitional Duty Guidelines located in the Workers' Compensation chapter of the Retail Safety Program? | ◉ | ○ | ○ | | |
| 48. | Does the Store Manager adhere to the Temporary Transitional Duty Guidelines? | ◉ | ○ | ○ | | |
| 49. | Does the Store Manager maintain adequate contact with the workers' compensation claim office or third party administrator (TPA) to review open claims? | ○ | ○ | ○ | | |

INDERGIT-RA 2069
CONFIDENTIAL



## POOR FLOOR APPEARANCE



Gondola Move requires extra attention, scraping, bleaching or spot strip during next scheduled service.



Drink stains- must be mopped up by store personnel on a daily basis; immediately to avoid slip and falls.



Poor details- finish should not be present on fixtures, kickplates, covebase, support columns, doors, etc...



Swirl marks present from scrubbing machine due to pad plate not being properly locked in place.



Dull front- ground in dirt, no finish; this floor needs new floor finish applied.



INDERGIT-RA 2070
CONFIDENTIAL

Ground-in dirt from deliveries, scratches from totes.  Walk mat use during delivery will help prevent this condition.

On a scale of 1 (horrible) to 5 (clean and shiny), floors that look like this following a contractor-provided service should rate between 1 and 2 only.  These floor conditions are unsatisfactory.  A 3 Rating indicates minor corrections can raise the floor to satisfactory.



## GOOD FLOOR APPEARANCE



Recent strip with 5 coats of finish. Floor is clean and has a reflective shine.



Contractor preparing floor for strip, including cleaning/scraping behind support column. Good detail.



Recent mini-scrub at front entry, raceway and front of pharmacy included 2 coats of finish. Floor is clean and has a reflective shine.



These supplies are necessary for good floor care. Keep supplies in good condition and properly stored when not in use-hanging on provided storage clips.



Good detailing and edges- no residue at fixture bases, no finish splashed on fixtures, kickplates, covebase, etc...



Keep bucket empty or fill with clean cold water for daily use. When not in use, keep mop hanging head-down on provided storage clips.

INDERGIT-RA 2071
CONFIDENTIAL

On a scale of 1 (horrible) to 5 (clean and shiny), floors that look like this following a contractor-provided service should rate between 4 and 5. These floor conditions are satisfactory. A 3 Rating indicates minor corrections can raise the floor to satisfactory.



# ENDCAP

## 3' Tide 100oz.
### Select Stores Chainwide

| DISPLAY PERIOD |
| --- |
| 6/4-7/1 |

| DISPOSITION |
| --- |
| Back to Basic Planogram |

| REORDER INFORMATION |
| --- |
| Reorderable |

| ADVERTISED |
| --- |
| Yes |

| TEMPORARY PRICE REDUCTION |
| --- |
| Yes |

| SINGLE CHECK REBATE |
| --- |
| No |

SET LEFT TO RIGHT

INDERGIT-RA 2072
CONFIDENTIAL



# ENDCAP

## 2' Tide 100oz.

### Select Stores in the
### East, South, and Central Regions

| DISPLAY PERIOD |
|---|
| 6/4-7/1 |
| DISPOSITION |
| Back to Basic Planogram |
| REORDER INFORMATION |
| Reorderable |
| ADVERTISED |
| Yes |
| TEMPORARY PRICE REDUCTION |
| Yes |
| SINGLE CHECK REBATE |
| No |

SET LEFT TO RIGHT

INDERGIT-RA 2073
CONFIDENTIAL

RITE AID
June 2006



# Memo

To:      Store Operation – Store Manager
From:   Retail Facilities – Bob Fazakerley
Date:    June 26, 2006
Re:      Elimination of 221 Form – Repair & Maintenance Work Validation Changes

Effective July 1, 2006, we will eliminate the use of the 221 form.

The 221 form was developed before Rite Aid had a work order system integrated with A/P payment and technology that allows Vendors to report status of work through phone, laptops and hand held devices. It requires the Manager's time to duplicate information on Vendor Service Tickets.

Repair & Maintenance work performed at the store will be documented in the following manner:

1) Vendor will sign in and out of Vendor Log indicating type of service, i.e. HVAC, Electric, etc.

2) Vendor will present a Service Ticket with description of work and labor hours for review and signature, date and store # (store stamp) by Manager on duty.

    a. Your signature simply acknowledges work performed and labor hours at store, not approval of cost.

    b. **If the Store Manager is not satisfied with the workmanship, they should contact Retail Facilities immediately at (700)730-8200.**

3) Store will staple their copy of the Service Ticket to their MAINTREQ and place in completed file.

4) Vendor will submit invoices to corporate for payment with appropriate backup.

    a. The signed service ticket and invoice will be submitted for payment with authorized WO#.

    b. Invoice costs are compared to work order, authorized cost and Vendor pricing agreements.

5) Contract Services provided during and after hours will continue to be validated by a Vendor phone call to store on next business day and/or matched to Vendor IVR reports to support invoices for contract work.

INDERGIT-RA 2074
CONFIDENTIAL



# Memo

To:        Store Manager
From:      Retail Facilities - Bob Fazakerley
Date:      June 26, 2006
Re:        Store Operation Manual Revision – Part III Chapter 9

---

The enclosed packet contains information to assist you in managing your store repair and maintenance responsibilities.

Instructions for updating your Store Operations Manual:

    1a)  Remove pages of "Table of Contents"
    1b)  Insert revised page 5 "Table of Contents"

    2a)  Remove tab sheet titled "9 Housekeeping"
    2b)  Insert with "9 Facility Maintenance"

    3a)  Remove pages:
             9-1 Form 221
             9-2 Snow plowing
             9-3 Sales Floor Inspection
             9-4 & 9-5 One hour photo maintenance
    3b)  Insert pages:
             9-1 thru 9-26 Store Operation Manual
             9-27 Sales floor inspection
             9-28 & 9-29 One hour photo maintenance

Once the pages have been inserted please take time to review and make sure the manager, asst. manager and key position on your team are aware of this information and understand how to obtain assistance from Retail Facilities.

Also included:   Daily Floor Care Duties laminated sheet to use as a training tool to help your team consistently maintain a clean, detailed and shiny floor.

                 Memo – elimination of 221 Form provides details on quality control/validation of service covered on page 9-4 of your insert.

In addition to this information, in order to improve communications and coordination you should keep two (2) maintenance files. One (1) for "open" maintenance requests and one (1) for "completed" maintenance requests. You may destroy "completed" maintenance records one (1) year after work completion date.


Thank you for making your store safe, secure, productive and profitable.

INDERGIT-RA 2075
CONFIDENTIAL



# Snowplowing

**Overview**

A list of contractors and corresponding stores with contractor phone numbers will be sent to each region office on Monday, October 15, 2001.

The contractor will contact each Store Manager for a preseason inspection of the property. The Store Manager and contractor will:

1. Walk the store parking lot so the contractor can sketch the parking lot, noting the best areas to pile snow and the areas that need to be clear at all times (minimum parking spaces including ADA spaces, access routes, dumpster, etc.).

2. Note any existing curb damage.

3. Stake the landscaping to prevent possible future damage.

Each snow plower will automatically begin plowing your facility at 3" accumulation and continue throughout the period of snowfall. If it is necessary for them to return more frequently, or if icy conditions require service prior to 3" accumulation, please call them.

**ALL** sidewalks, including city walks, for all Rite Aid locations are to be cleared by the contracted snow plower each time the parking lot is plowed. Contractors are to salt the sidewalks and parking lots, as needed.

Your snow plower MUST have a signed Form 221 from you to verify each service they provide. If the store is closed during the time of service, the contractor will leave their service ticket in a specified location at the store and call for a Form 221 to be FAXed.

For ongoing problems/complaints, property damage, or compliment on the service your plower provides, complete and send the E Form "MAINTREQ".

NOTE: Regional Offices must distribute the contractor information to the appropriate District Managers to give to their stores.

**Where to go for Help?**

Contact Store Operations (STOOPS) regarding any problems with the Snow Plowing Contracts.

INDERGIT-RA 2076
CONFIDENTIAL



# Form 221

**Overview**

The Form 221 is used to verify the satisfactory completion of general maintenance, repairs, floor care, or services performed in your store. The Form must be completed in its entirety to make sure proper billing procedures take place.

**Instructions**

1. The Store Manager on duty completes and signs the Form 221 for services performed.

   A separate Form 221 must be completed for each service. The entire form MUST be completed.

   The type of floor care service MUST be written directly on the form (regular buff, scrub, and recoat or strip and waxing).

2. Store Management gives the original (white) copy to the contractor for invoice submission to Rite Aid's Accounts Payable department.

   > **CAUTION:** If Store Management is dissatisfied with the contractor's performance, refuse to issue the Form 221 and contact Retail Facilities immediately for corrective action.
   >
   > **NOTE:** Only original Form 221s are accepted by Account Payable.

3. Retain the duplicate copy in your Store Maintenance file for six (6) months. It may be necessary to provide your District Manager with a copy for review and follow-up.

4. If services are provided after store hours, the contractor will leave his service ticket under the door. Store Management must FAX the completed Form 221 to the contractor's office.

**Ordering Instructions**

Use the Reorder Code Number 59108 to reorder additional forms.

**Questions?**

If you have questions regarding the general maintenance services or questions about Form 221, please SYSM STPRMD.



INDERGIT-RA 2077
CONFIDENTIAL



# Sales Floor Inspection

**Overview**

Sales floor inspections should be performed each and every work shift.  By performing these inspections, the sales floor will be clear and free of debris and spills that may cause harm to our associates or customers.

**Inspection**

A sales floor inspection for hazards should be performed EVERY HOUR by the Store Manager or responsible shift manager.  This task should not be delegated.  Store associates are expected to identify any hazards they encounter during the regular course of their jobs.

Examine all aisles, entrances, waiting areas, and garden shop.

Look for spills, debris, and other hazards that could contribute to customer or associate injuries.

Address and correct any unsafe situations immediately.

**Required Action**

If a spill, debris, or a hazard is identified during an inspection:

Appropriately warn customers of the potenital hazard (i.e., caution cones, verbal, etc.).

Have the area cleaned up or addressed quickly.

> **NOTE:**  If you suspect that a substance may be hazardous, refer to the Hazardous Communication Program, in the Retail Safety for proper handling and cleanup as well as the Emergency Response Plan.

**Where to go for Help?**

Contact Store Operations (STOOPS) regarding sales floor inspections.



INDERGIT-RA 2078
CONFIDENTIAL



# One-Hour Photo Maintenance

**Overview**

There are certain maintenance requirements that need to be performed in the One-Hour Photo Department. These requirements are made on a daily, weekly, bi-weekly, and on-going basis. In addition to these requirements, your local one-hour Kodak Technician will provide routine maintenance based on your location and/or your lab's volume.

> **NOTE:** Emergency technical service hotline is 1-800-243-7077.

Well-maintained machines that are tested daily and a clean, well-organized area ensure quality production and guarantee customer satisfaction.

**Daily Maintenance Tasks**

**Maintenance Procedures for the Processing Equipment:**

1. Use the air compressor hose to blow off the film deck area.
2. Wipe down the exterior of the machine (except the film deck area) with a sponge or cloth dampened only with water.
3. Remove any lint from the felt in the film collector box.

> **NOTE:** All these tasks should be completed during start-up and shut down of the machine.

**Maintenance Procedures for the Photo Department area:**

◊ Fill and face the film set and photo battery rack. Ensure all tags are current and sale item/rebate signs are in place.

◊ Fill drop box with supplies and envelopes for overnight and one hour processing.

   ◊ Overnight supplies and envelopes are ordered direct from Qualex (1-800-588-5831). One hour photo chemicals and all lab supplies for production are ordered through the hot line (1-800-243-7077).

◊ Clean and mop one-hour production area. Environment should be dust free.

◊ Clean show case glass surfaces and customer counter surfaces.

**Weekly Maintenance Tasks**

1. Replace the chemical filters.
2. Wash the leader cards with hot water.
3. Clean the paper crossover cover, to remove chemical build-up.
4. Clean the film light-tight cover, to remove chemical build-up.

INDERGIT-RA 2079
CONFIDENTIAL





***Bi-Weekly
Maintenance Tasks***

1.  Remove the film deck and dust off the area under the film deck, and dust off the area under the film deck, including the top of the lens. A brush should be used in this area; using compressed air in this area will only redistribute the dust.

2.  Wipe off the exterior of the replenishment tanks each time they are filled.

3.  Rinse the exterior of the waster/recovery tanks each time they are emptied (if applicable to your lab configuration).

4.  Clean the film and paper processor covers (whenever chemical build-up is visible).

***On-Going
Maintenance Tasks***

**Photo Department Area:**

◇  Clean and organize the photo drop box. Remove any tape or hand written signs. Confirm program graphics are current and correct.

◇  Monitor single use camera recycling bin and ship out shells if full. Recycling materials are available direct from your distribution center, refer to front end supply guide for order numbers.

◇  Ensure all associates are in complete uniform to include name tag and white lab coat. Lab coats are ordered by your District Manager.

***Technical Service
Procedures***

Emergency technical, mechanical, or quality issues with the operation of the one-hour lab equipment are available through the Kodak hotline.

> **NOTE: Do NOT** contact the hotline if the daily tests have not been completed!

1.  Store Management must call the Kodak hotline: (1-800-243-7077)

2.  Describe the problem with the telemaintenance technician to see if the problem can be corrected over the phone. If they are not able to resolve, a technician will be paged to your store.

3.  Before hanging up the phone, be sure to record the **incident or tracking number** in the Tech Check 50 Manual, under Operators Observations.

4.  If after one (1) hour the technician has not called back, call the number again and reference the original incident number. The technician will be paged again.

5.  If after two (2) hours the technician still has not called, call the number again and notify your District Manager. The appropriate Kodak District Operations Manager will be contacted.

6.  The majority of service calls are handled on a same day basis. On occasion, Kodak will need a 24-hour window for repairs. A lab should not be down for more than 24 hours, unless a replacement part is needed.



INDERGIT-RA 2080
CONFIDENTIAL



| | STORE OPERATIONS MANUAL |
|---|---|
| | Table of Contents |

## Store Tours

Chapter 4 :   **Store Manager Tour Sheet**
*Overview*.................................................................................... *4–1*
*Guidelines*................................................................................... *4–1*
*Reorder Information*..................................................................... *4–1*
*Daily Store Tour Sheet SAMPLE*

Chapter 5 :   **District Manager Tour Sheet**
*Overview*.................................................................................... *5–1*
*How to Use the Checklist* ............................................................ *5–1*
*Maintaining Files* ........................................................................ *5–1*
*Reorder Information*..................................................................... *5–1*
*District Manager Store Visit SAMPLE*

Chapter 6 :   **PDM Tour Sheet**
*Overview*.................................................................................... *6–1*
*How to Use the Tour Sheet*........................................................... *6–1*
*Maintaining Files* ........................................................................ *6–1*
*Reorder Information*..................................................................... *6–1*
*Pharmacy Development Manager Tour Sheet SAMPLE*

## Facility Asset Management

Chapter 7 :   **Retail Safety**
*Overview*.............................................................................. *7–1 – 7–19*
*Occupational Health and Safety Act – OSHA* ................... *7–20 – 7–28*
*Hazardous Communication Program* ................................. *7–29 – 7–33*
*Workers' Compensation*..................................................... *7–34 – 7–48*
*Injury and Illness Prevention Program Requirements*.......... *7–49 – 7–53*
*Safety Meetings* ................................................................ *7–54 – 7–99*

Chapter 8 :   **Clutter Free**

Chapter 9 :   **Facility Maintenance**
*Building Repair & Maintenance* ......................................... *9–1– 9–26*
*Sales Floor Inspection*................................................................ *9–27*
*One-Hour Photo Maintenance* ........................................... *9–28 – 9–29*

Chapter 10 :  **Disaster Plan**

## PART IV   LOSS PREVENTION

INDERGIT-RA 2081
CONFIDENTIAL



9 FACILITY MAINTENANCE

INDERGIT-RA 2082
CONFIDENTIAL

Exhibit H



# An Associate Atlas

**RITE AID**  A New Beginning.
A New Direction.
A New Journey.

INDERGIT-RA 4048
CONFIDENTIAL

# Table of Contents

**Part I: You and Rite Aid**

Our Core Values.................................................................2
Our Purpose .....................................................................2
Our Mission......................................................................2
Our Vision .......................................................................3
Purpose of this Handbook...................................................3
Who Should Read this Handbook..........................................3
Rite Aid at a Glance ..........................................................3
Field Management Structure ...............................................5
We are a Team ..................................................................5
You are Important to the Team.............................................5
Orientation Period ............................................................6
Treating People with Respect..............................................6
RAPTAR Philosophy ...........................................................6
Open-door Communication.................................................7
Rite Call ..........................................................................7
Associate Climate Survey....................................................8
"Brite Ideas" ....................................................................8

**Part II: You and the Customer**

Who are the Customers? .....................................................8
Customer Experience ........................................................9
Customer Satisfaction......................................................10
SMILE Recognition Program...............................................11
Customer Satisfaction Index..............................................11
Benchmarks of Success ....................................................12
Telephone Etiquette ........................................................12
Associate Purchases........................................................12

**Part III: You and the Rules We Work By**

Equal Employment Opportunity (EEO) Policy .........................13
Background Checks...........................................................13
Nondiscrimination Policy...................................................13
Harassment in the Workplace ............................................14

INDERGIT-RA 4051
CONFIDENTIAL

# Table of Contents

**Part III: You and the Rules We Work By**

Associate Complaint Resolution Procedure...............................16
Anti-Retaliation Policy....................................................17
Diversity in the Workplace................................................18
Professional Guidelines and Expectations. ...............................18
Employment at Will .......................................................19
Work Hours and Recording Time.............................................20
Pay Procedures and Overtime ..............................................20
Job Duties and Work Assignments ..........................................21
Job Postings .............................................................21
Personnel Files...........................................................23
Associate Verification and References.....................................24
Ethics at Rite Aid........................................................24
Standards of Conduct......................................................25
Acceptable Use of Company Technology......................................27
Employment of Relatives and Cohabitants ..................................28
Grooming and Appearance...................................................28
    Store Associates .....................................................29
    Office and Warehouse Associates.......................................29
    For More Information ..................................................30
Attendance and Punctuality................................................30
Telephone Calls ..........................................................31
Parking...................................................................31
Accommodating Associates with Disabilities................................31
Accommodating Associate Religious Practices ..............................31
Confidentiality. .........................................................32
Patient Privacy. .........................................................32
Corporate Integrity Agreement.............................................33
Improper Pharmacy Billing and the Deficit Reduction Act ..................33
No-Solicitation and No-Distribution ......................................36
Alcohol and Illegal Drugs.................................................38
Violent and Inappropriate Behavior. ......................................39
Smoking...................................................................40
Rite Aid Policies and Procedures Manual ..................................41

INDERGIT-RA 4052
CONFIDENTIAL

# Table of Contents

**Part IV: You and Your Safety**

Workplace Safety .......................................................... 42

Reporting Customer or Coworker Injuries................................. 43

Personal Injury and Illness................................................. 43

**Part V: You and Your Benefits**

Training .................................................................... 44

Tuition Assistance......................................................... 44

Career Opportunities...................................................... 44

Health and Welfare........................................................ 45

Employee Assistance Program (EAP)/Worklife Program .................. 45

Retirement ................................................................ 45

Direct Deposit ............................................................ 46

Associate Discount........................................................ 46

Monthly Investment Program (MIP)....................................... 47

Service Awards ........................................................... 47

Vacations. ................................................................ 47

Holidays/Personal Days ................................................... 48

Jury Duty.................................................................. 49

Funeral Leave.............................................................. 49

Family and Medical Leave.................................................. 49

    Use of Other Leave and Benefits ...................................... 50

    Notification of FMLA Leave............................................ 50

    Medical Certification ................................................. 50

Maternity Leave of Absence................................................ 51

Disability Benefits......................................................... 51

Personal Leave of Absence ................................................ 52

Continued Health Benefits and Employment Status....................... 52

**Part VI: You and the Community**

Environmental Responsibility.............................................. 53

Associate Atlas Handbook Receipt & Acknowledgment ................. 54

INDERGIT-RA 4053
CONFIDENTIAL

# Part I: You and Rite Aid

First, we would like to share the things that are most important to us as
a company – our core values, purpose, mission and vision. Combined,
these four items provide the foundation upon which we build everything.
As a Rite Aid associate, remaining focused on these business beliefs and
incorporating them into your daily routine will undoubtedly bring about
success with our customers, enrich our work environment, and help us
achieve our mission. We encourage you to do your part to make it happen.

## Our Core Values

Rite Aid is a place where customers are treated with respect and they feel
appreciated and welcomed.

- We are committed to a team work environment where every associate is
  a valued member, treated with respect, encouraged to contribute, and
  recognized and rewarded for his/her efforts.
- We value our suppliers as partners.
- We are committed to the highest level of integrity in every aspect of our
  business.
- We are fiscally responsible and committed to consistently deliver value
  for our investors.
- We communicate openly, honestly, and accurately with our stakeholders:
  associates, shareholders, and suppliers.
- We are focused on and committed to the healthcare needs of our
  customers.
- We are caring neighbors, involved in community activities in meaningful
  ways and committed to reflecting the diversity of each community we
  serve.

## Our Purpose

Rite Aid helps people lead healthier, happier lives.

## Our Mission

To be a successful chain of friendly, neighborhood drugstores. Our knowl-
edgeable, caring associates work together to provide a superior pharmacy
experience and offer everyday products and services that help our valued
customers lead healthier, happier lives.

2

INDERGIT-RA 4055
CONFIDENTIAL

All e-mail, voicemail, and personal files stored on Rite Aid computers are the property of the company and should be dedicated to business purposes. Therefore, please note that at its sole discretion, Rite Aid may review messages sent or received using the company's computer and communication resources. In addition, associates may not use these resources in a wasteful manner. Unnecessarily transmitting messages drains computer resources and causes the receiver to put a lot of time and effort into sorting and reading through his/her e-mail.

Associates who abuse the privilege of company facilitated e-mail and Internet access or those who fail to observe copyright or license agreements will be subject to disciplinary action up to and including discharge. If necessary, Rite Aid reserves the right to advise appropriate officials of any illegal acts or violations.

## Employment of Relatives and Cohabitants

Relatives and cohabitants working together may lead to claims of favoritism by other associates, or domestic issues may lead to unnecessary tension in the workplace. Relatives are defined as: spouse, son, daughter, father, mother, brother, sister, father-in-law, mother-in-law, sister-in-law, brother-in-law, daughter-in-law, son-in-law, grandmother, grandfather, grandchild, aunt, uncle, niece, nephew, or cousin. Non-related individuals sharing housing will also be considered cohabitants for the purpose of these guidelines.

To protect smooth operations, associates who are related or living together should not:

- Direct or control the work of the other.
- Report to the other.
- Have any review or sign-off relationship with the other.
- Be employed in the same store.

The company reserves the right to separate relatives or cohabitants where issues relating to safety, security, or morale may arise.

## Grooming and Appearance

Rite Aid is concerned with the personal appearance of its associates from the standpoints of public image and job safety. We recognize the impor-

28

INDERGIT-RA 4081
CONFIDENTIAL

tance of associate comfort when working; however, we also expect
associates to be well groomed and professional in their appearance. Facial
jewelry (specifically eyebrow, nose, and lip rings, posts, studs, or chains)
is not allowed. Facial jewelry should be removed prior to the start of the
work shift. Earrings and hair color for both men and women should be
conservative. In addition, associates with offensive or suggestive tattoos
must keep them covered.

Since appropriate work attire is often subjective and a matter of indi-
vidual taste, this policy provides general guidelines for acceptable dress.
Some departments follow different dress guidelines due to the nature of
the work. For more detailed information, ask your supervisor, manager,
or human resources representative for the dress policy for your location.
Associates who report to work inappropriately groomed or dressed may
be asked to leave and change into acceptable clothing and/or correct the
situation. In such instances, the time away from work may be without pay.

### Store Associates

Store associates must wear the customary uniforms, along with their name
badges. For specific dress requirements, refer to the dress policy for your
location. Male store associates should shave daily and wear a clean shirt,
tie, and dress slacks. Those with mustaches and beards should keep them
neatly trimmed. Female store associates are to wear dresses and skirts of
appropriate style and length or dress slacks. Hosiery is required at all times
for both male and female store associates. Footwear must adequately pro-
tect the feet; therefore, open-toed shoes or sandals are not to be worn for
safety reasons. Hair must be clean, neat, and a normal color.

### Office and Warehouse Associates

For specific dress requirements, refer to the dress policy for your location.
Even though office and warehouse associates rarely come in contact with
store customers, associates are expected to follow the guidelines given by
the dress policy for your area. Appearance should be dictated by the type
of work and the work setting. In all cases, you are asked to be as clean and
neat as working conditions permit and to select clothing that is appropri-
ate for the business environment.

29

INDERGIT-RA 4082
CONFIDENTIAL

# Exhibit I

# Confidential

This exhibit will be filed under seal

# Exhibit J

# Confidential

This exhibit will be filed under seal

# Exhibit K



# COUNSELING/DEVELOPMENT FORM

Associate Name: _____                         Store/Dept: _____

Date: _____              EIN: _____           Job Title: _____

*This form is used to document and improve job performance or conduct that is not meeting standards.*

| (I) MANAGEMENT'S DOCUMENTATION OF PERFORMANCE OR CONDUCT (Completed by Manager) |
|---|
| **Performance Standard/Policy** |
| **Actual Performance/Conduct** |

**Current Action (check all that apply)**

☐ Written Counseling             ☐ Suspension
☐ Final Written Warning          Other Disciplinary Action (specify) _____

| (II) ASSOCIATE'S PERFORMANCE IMPROVEMENT ACTION PLAN (Completed by Associate) |
|---|

Note To Associate: The Company takes a developmental approach to discipline. This approach is based on clear standards and requires each Associate to take responsibility for their job performance and conduct. Our desire is for you to succeed, but this responsibility must be taken seriously. You need to fully understand what steps you must implement to be successful.

| **Describe the Performance or Conduct You Plan to Improve** |
|---|
| **List the Specific Steps You Will Take to Improve** |

| (III) PERFORMANCE IMPROVEMENT REQUIRED BY MANAGEMENT (Completed by Manager) |
|---|
| **State What the Associate Must Do to Improve** |

INDERGIT-RA 151373
CONFIDENTIAL

INDERGIT-RA 151374
CONFIDENTIAL

Note To Associate: Like all successful organizations, the Company needs to promote customer service, efficiency, productivity, and cooperation among Associates. For these reasons and more, the Company has set high performance standards for its Associates. Therefore, without the immediate and ongoing change in your job performance and/or conduct, further disciplinary action will result.

## Future Action Could Involve Further Discipline up to and Including Termination

The Company may impose whichever form of discipline it believes is appropriate based upon the Associate's conduct and the surrounding circumstances. The Company reserves the right to use any order of steps in the discipline process, including omitting steps as deemed necessary or moving directly to termination of employment.

Associate Name:_____   Date: _____

Associate Signature:_____

Management Name:_____   Date: _____

Management Signature:_____

*Instructions to Management...*
- *Give COPY of counseling form to Associate and place ORIGINAL in personnel file.*
- *ALL Final Warnings and Terminations must have the prior approval of an Associate Relations Manager, Sr. HRM, HR Director or HR Vice-President*
- *Two Final Warnings (for any combination of violations) within a 12 month rolling period may lead to termination*
- *One Final Warning within the new hire probationary period may lead to termination*
- *Management may suspend an Associate with pay pending a timely HR investigation. Suspension without pay must have prior HR approval.*

Revised 10/08

INDERGIT-RA 151375
CONFIDENTIAL

# 1.20 Discipline Guidelines

| | |
|---|---|
| **Statement** | Rite Aid has established this policy to provide discipline guidelines. This policy is meant to be used in conjunction with established Company policies and guidance from Human Resources Managers. |
| **Scope** | This policy applies to all associates that work in all Rite Aid locations, including but not limited to corporate, distribution centers and store locations. |
| **Effective date** | This policy is effective immediately and supersedes all previous policies. |
| **Policy owner** | Senior Vice President, Human Resources |
| **Violations of policy** | Associates who violate this policy are subject to disciplinary action up to and including discharge. |
| **Policy guidelines** | Failure to meet the Company's expectations of performance and/or conduct may result in corrective or disciplinary actions as determined by the Company in its sole discretion (the "actions"). The actions the Company may take may include the following:<br>♦ Written Counseling<br>♦ Final Written Warning<br>♦ Termination<br><br>Because unsatisfactory job performance and unacceptable conduct have different levels of seriousness, a manager may decide how to proceed with the discipline process. For example, (i) counseling may be initiated using any of the actions; (ii) there is no requirement that these actions be taken progressively; (iii) single or multiple actions may be bypassed, including proceeding directly to termination without any prior counseling or discipline; or (iv) other actions not listed above may also be used by managers.<br><br>Circumstances which may impact the decision on which action to take include, but are not limited to:<br>♦ The severity of, and conditions under which, substandard performance / conduct occurred;<br>♦ Whether the unacceptable behavior violated one or more rules of conduct;<br>♦ Repeat of prior offenses;<br>♦ When management is of the opinion that remedial efforts are unlikely to be successful (may include insubordination);<br>♦ The quality of overall job performance;<br>♦ The associate's demonstrated willingness to make improvements in performance or behavior as needed. |

INDERGIT-RA 151376
10-2008
CONFIDENTIAL

**Policy guidelines (continued)**

- New Hire Introductory Period;
- When the associate has engaged in misconduct which causes the Company to conclude, in the Company's sole discretion, that the associate's employment should not continue.

These and other circumstances may be evaluated in light of the Company's legitimate business interests relating to the performance issues or conduct in question.

For more details and specific guidance on expected behavior and prohibited conduct, corporate and field associates should refer to Rite Aid's Corporate Intranet (go to Human Resources/Policies and Procedures); store associates are to refer to the Rite Aid Portal (go to Resources). Associates may also refer to the Associate Atlas or contact Human Resources with further questions.

**NO TOLERANCE OFFENSES**

There are conduct violations for which the only viable disciplinary action is termination. It is expected that managers administer immediate termination under the circumstances listed below after proper investigation in conjunction with Human Resources.

While it is neither practical nor desirable to list every conceivable cause for immediate termination, set forth below is a list of more common offenses that will result in immediate termination:

- Discrimination, harassment and/or retaliation in violation of Rite Aid policies.
- Theft or intentional misuse of cash, inventory, property, other assets or information whether belonging to the Company, fellow associates, vendors or customers.
- Fraud and/or forgery.
- Consumption and/or being under the influence of alcoholic beverages while at work and/or on Company premises.
- Use or possession of illegal drugs or controlled drugs (without a valid prescription) while at work and/or on Company premises.
- Intentional and/or reckless failure to protect Company assets resulting in a loss.
- Loan-sharking (even if not working and/or off Company premises).
- Possession of pornography on Company premises.
- Any intentional violations of the controlled substances act or State Board of Pharmacy or state and federal regulations regarding controlled substances.
- Possession of firearms on Company premises (except to the extent enforcement of this provision is expressly prohibited by governing state and federal laws).

INDERGIT-RA 151377
10-2008
CONFIDENTIAL

| **Policy guidelines (continued)** | ♦ | Possession of explosives or other weapons on Company premises. |
|---|---|---|
| | ♦ | Threats or acts of violence or physical intimidation against customers or associates. |
| | ♦ | Sleeping (while at work). |
| | ♦ | Improper apprehension of known or suspected shoplifter. |
| | ♦ | Insubordination. |
| | ♦ | Gross neglect of duties and responsibilities. |
| | ♦ | Absence from work for two (2) consecutive scheduled shifts without notice (except to the extent governing state and federal laws expressly prohibit enforcement of this provision). |
| | ♦ | Insider trading violations. |
| | ♦ | Other serious misconduct as determined by the Company in its sole discretion. |

INDERGIT-RA-151378
10-2008
CONFIDENTIAL

# Exhibit L

# Confidential

This exhibit will be filed under seal

# Exhibit M

# Confidential

This exhibit will be filed under seal

# Exhibit N1- Checklists

# Confidential

This exhibit will be filed under seal

# Exhibit N2-Zero Count

# Confidential

This exhibit will be filed under seal

# Exhibit N3

# Overtime/Scheduling

# Confidential

This exhibit will be filed under seal

# Exhibit N4

# Profit Planner/Planograms

# Confidential

This exhibit will be filed under seal

# Exhibit N5-Hiring Checklist

# Confidential

This exhibit will be filed under seal