UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
YATRAM INDERGIT, on behalf of himself
and all others similarly situated,

                          Plaintiff,

      v.                                          08 CV 9361 (JPO) (PGG)

RITE AID CORPORATION, RITE AID OF
NEW YORK, INC. and FRANCIS
OFFOR as Aider & Abettor,

                          Defendants.
-----------------------------------------------------------------

### NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 23, Plaintiff Yatram Indergit, on behalf of himself and all others similarly situated, ("Plaintiffs"), will move this Court, before Judge J. Paul Oetken, on a date and time to be determined by the Court, to: (1) certify this action as a class action; (2) to appoint a class representative; (3) and to appoint Plaintiffs' counsel as class counsel.

In support of this Motion, Plaintiff submits the following documents: (a) Plaintiff's Memorandum of Law in Support of Class Certification and (b) the Declaration of Robert J. Valli, Jr. together with exhibits.

In accordance with the Court's scheduling order, any opposing court papers must be served on or before November 16, 2012.

Dated: Garden City, New York
         September 17, 2012

                                                     Robert J. Valli, Jr. (RV-9995)
                                                   James Vagnini (JV-2163)
                                                   Aneeba Rehman (AR-6404)
                                                   **Valli Kane & Vagnini LLP**
                                                   600 Old Country Road, Suite 519
                                                   Garden City, NY 11530

*Attorneys for Plaintiffs*

Jay D. Ellwanger
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
*Attorneys for Plaintiff*