UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
YATRAM INDERGIT, on behalf of himself
and all others similarly situated,

                                     **Plaintiff,**                    08 CV 9361 (PGG)

       v.

RITE AID CORPORATION, RITE AID OF
NEW YORK, INC. and FRANCIS
OFFOR as Aider & Abettor,
                                    **Defendants.**
-----------------------------------------------------------------

## PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF PRECEDENT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiff Yatram Indergit, on behalf of himself and all others similarly situated, files this objection to Defendants' Notice of Recent Precedent in Further Opposition to Plaintiff's Motion for Class Certification dated March 29, 2013. Defendants cite to *Comcast Corp. v. Behrend*, 2013 U.S. LEXIS 2544 (U.S. Mar. 27, 2013), in support of their opposition to class certification. *Comcast*, an antitrust case, involves facts which are vastly different and distinguishable from the evidence in this FLSA misclassification/overtime case before this Court. The Supreme Court's decision in *Comcast* should have no bearing on the granting of class certification in this case.

To the extent Your Honor grants Defendants an opportunity to provide a detailed analysis of the *Comcast* case and its implications on Plaintiffs' Motion, we respectfully request an opportunity to respond.

Dated: April 2, 2013

Robert J. Valli, Jr. (RV-9995)
Aneeba Rehman (AR-6404)
Valli Kane & Vagnini, LLP
Attorneys for Plaintiff
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180

cc: All Counsel of Record (via ECF)