UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MANI JACOB et al.,
*Individually and on behalf of all others similarly situated*

        Plaintiffs,

-against-

DUANE READE, INC., et al.,

        Defendants.
-----------------------------------------------------------X

YATRAM INDERGIT,
*Individually and on behalf of all others similarly situated*

        Plaintiffs,

-against-

RITE AID CORPORATION, et al.,

        Defendants.
-----------------------------------------------------------X

11 Civ. 160 (JPO)

ORDER

08 Civ. 9361 (JPO)

J. PAUL OETKEN, District Judge:

    The Court will hold oral argument in these two cases on July 9, 2013, at 11:00 a.m. Argument will be held at the United States Courthouse, 40 Foley Square, New York, New York, in Courtroom 706.

    SO ORDERED.

Dated: New York, New York
       June 10, 2013

                            J. PAUL OETKEN
                       United States District Judge