**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YATRAM INDERGIT, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,[1] RITE AID OF NEW YORK, INC. and FRANK OFFOR as Aider & Abettor,<br><br>     Defendants. | 08 Civ. 9361 (JPO) (HBP)<br>ECF Case<br><br>NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION**

To:  Robert John Valli, Jr.      Jay D. Ellwanger
    Sara Wyn Kane        Deven Hahn
    James Vagnini         DiNovo Price Ellwanger & Hardy LLP
    Aneeba Rehman        7000 North MoPac Expressway
    Valli Kane & Vagnini, LLP     Suite 350
    600 Old Country Road, Suite 519  Austin, TX  78731
    Garden City, NY  11530

    Keith A. Raven
    Raven & Kolbe, LLP
    126 East 56th Street, Suite 202
    New York, NY  10022

    PLEASE TAKE NOTICE THAT Defendants Rite Aid Corporation and Rite Aid of New York, Inc. ("Defendants") hereby move this Court, before the Honorable Judge Paul Oetken, on a date and time to be determined by the Court, to reconsider the Court's September 26, 2013 Opinion and Order granting Plaintiff's motion for Rule 23 class certification of his NYLL claims "as to liability" and denying Defendants' motion for decertification of Plaintiff's FLSA claim.  (Dkt. No. 239, Order at 1.)

---

[1] Rite Aid Corporation was not, and never has been during the relevant time frame, any Plaintiff's employer.  Rite Aid Corporation appears specially and without waiver of any jurisdictional defenses.

In support of this Motion, Defendants submit their Brief in Support of Defendants' Motion for Reconsideration.

Respectfully submitted, this the 10th day of October, 2013.

        *s/ Daniel E. Turner*
        Daniel E. Turner
        (admitted *Pro Hac Vice*)
        Tracey T. Barbaree
        (admitted *Pro Hac Vice*)
        Beth A. Moeller
        (admitted *Pro Hac Vice*)
        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
        One Ninety One Peachtree Tower
        191 Peachtree Street, N.E. ,Suite 4800
        Atlanta, Georgia  30303
        Telephone: (404) 881-1300
        daniel.turner@ogletreedeakins.com
        tracey.barbaree@ogletreedeakins.com
        beth.moeller@ogletreedeakins.com

        Patrick G. Brady
        Suzanne K. Brown
        **EPSTEIN BECKER & GREEN, P.C.**
        250 Park Avenue
        New York, NY 10177-1211
        Telephone: (212) 351-4500
        Facsimile: (212) 878-8600
        One Gateway Center
        Newark, New Jersey 07102-5311
        Telephone:  (973) 642-1900
        Facsimile: (973) 639-8556
        pbrady@ebglaw.com
        skbrown@ebglaw.com

        *Attorneys for Defendants Rite Aid Corporation and Rite Aid of New York, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YATRAM INDERGIT, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>RITE AID CORPORATION, RITE AID OF NEW YORK, INC. and FRANK OFFOR as Aider & Abettor,<br><br>     Defendants. | 08 Civ. 9361 (JPO) (HBP)<br>ECF Case |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 10, 2013, the foregoing document was filed via the Court's CM/ECF system, and was automatically served via electronic mail on all counsel of record:

| | |
|---|---|
| Robert John Valli, Jr.<br>Sara Wyn Kane<br>James Vagnini<br>Aneeba Rehman<br>Valli Kane & Vagnini, LLP<br>600 Old Country Road, Suite 519<br>Garden City, NY  11530 | Jay D. Ellwanger<br>Deven Hahn<br>DiNovo Price Ellwanger & Hardy LLP<br>7000 North MoPac Expressway<br>Suite 350<br>Austin, TX  78731 |
| Keith A. Raven<br>Raven & Kolbe, LLP<br>126 East 56th Street, Suite 202<br>New York, NY  10022 | |

Dated: October 10, 2013
Atlanta, Georgia

                *s/ Daniel E. Turner*
                Attorney for Defendants Rite Aid of
                New York, Inc. and Rite Aid
                Corporation

16165252.1