# Ogletree
# Deakins



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/13

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys at Law*

One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404.881.1300
Facsimile: 404.870.1732
www.ogletreedeakins.com

Beth A. Moeller
404.870.1724
beth.moeller@ogletreedeakins.com

December 4, 2013

*Application granted*

**VIA FACSIMILE (212) 805-6111**

SO ORDERED

Honorable Henry B. Pitman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
12-11-13

Re:   *Yatram Indergit v. Rite Aid Corporation, Rite Aid of New York, Inc. and Frank Offor;*
      Case No. 08 Civ. 9361 (JPO) (HBP).

Dear Judge Pitman:

Defendants Rite Aid Corporation[1] and Rite Aid of New York, Inc. (collectively "Defendants" or "Rite Aid"), along with counsel for Plaintiff Indergit ("Plaintiff"), respectfully request an extension of the deadline set by the Court for the parties to submit to the Court their respective positions on any areas of disagreement regarding the proposed notice to be sent to the Fed. R. Civ. P. 23 class members in New York.

Pursuant to the Court's ruling during the November 5, 2014 conference, the parties are to notify the Court by Friday, December 6, 2014, about any issues about which they cannot reach agreement regarding the notice. The parties have exchanged proposed versions of the notice and have scheduled a conferral regarding the language of the notice, but due to the Thanksgiving holiday, respectfuly request a one week extension of this deadline, through and including December 13, 2014. The parties are hopeful that an additional week to confer may lessen the number of issues upon which they will seek guidance from the Court.

Should the Court deem it necessary, counsel for both parties are available for a telephone conference to discuss this issue at the Court's convenience.

---

[1] Rite Aid Corporation was not, and never has been during the relevant time frame, Plaintiff's employer. Plaintiff's employer at all relevant times was Rite Aid of New York, Inc. Rite Aid Corporation appears specially and without waiver of any jurisdictional defenses.

Atlanta ▪ Austin ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Greensboro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

Magistrate Judge Pitman
December 4, 2013
Page 2

**Ogletree
Deakins**

Respectfully submitted,

Beth A. Moeller, Esq.
*Counsel for Rite Aid Defendants*

cc: All counsel of record (via electronic mail)

11272877.1 (OGLETREE)